**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> *ex rel.* ADAM GREMILLION and the State § <br> of Texas *ex rel.* ADAM GREMILLION, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> EMPOWER PHARMACEUTICALS, LLC, § <br> SHAUN NOORIAN, LARRY LIPSHULTZ, § <br> M.D., and MOHIT KHERA, M.D., § <br> § <br> Defendants. | Civil Action No.: 4:19-cv-621-ALM <br><br> **FILED UNDER SEAL** <br> **(Pursuant to 31 U.S.C. § 3730(b))** |

# ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. Relator's current complaint be unsealed and served upon Defendants by Relator;

2. Except for this Order and the Government's Notice of Election to Decline Intervention, which Relator will serve upon Defendants only after service of Relator's complaint, all other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C.

§ 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.