# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>  *ex rel.* ADAM GREMILLION and the State §<br>of Texas *ex rel*. ADAM GREMILLION, §<br>      §<br>    Plaintiff, §<br>v.       §<br>      §<br>EMPOWER PHARMACEUTICALS, LLC, §<br>SHAUN NOORIAN, LARRY LIPSHULTZ, §<br>M.D., and MOHIT KHERA, M.D., §<br>      §<br>    Defendants. | Civil Action No.: 4:19-cv-621-ALM<br><br>**FILED UNDER SEAL**<br>**(Pursuant to 31 U.S.C. § 3730(b))** |

## ORDER

The Court has considered the *qui tam* Plaintiff/Relator Adam Gremillion's Notice of Voluntary Dismissal and finds that it should be granted.

It is therefore ORDERED that Plaintiff/Relator's Complaint be dismissed in its entirety without prejudice to the United States.

All relief not previously granted is hereby denied.