UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. *ex rel.* ADAM GREMILLION <br><br> v. <br><br> EMPOWER PHARMACEUTICALS, LLC, ET AL. | § <br> § <br> § <br> §   CIVIL NO. 4:19-CV-621-SDJ <br> § <br> § <br> § |

# <u>ORDER</u>

The Court has considered the qui tam Plaintiff/Relator Adam Gremillion's Notice of Voluntary Dismissal, (Dkt. #21), and finds that it should be granted.

It is therefore **ORDERED** that Plaintiff/Relator's Complaint, (Dkt. #2), be **DISMISSED** in its entirety **without prejudice** to the United States or the State of Texas.

All relief not previously granted is hereby **DENIED**.

The clerk is instructed to **CLOSE** and **TERMINATE** this action.

**So ORDERED and SIGNED this 29th day of August, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE